IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TODD M. TERRELL                                                                                    PLAINTIFF

v.                                                                                        NO. 4:09CV2-P-D

JAMES BREWER, ET AL.                                                                          DEFENDANTS

## JUDGMENT

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated March 10, 2009, and the March 19, 2009, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated March 10, 2009, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the plaintiff's motion for temporary restraining order or preliminary injunction is hereby **DENIED.**

THIS, the 31st day of March, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE